**HARTFORD COUNTY, SEPTEMBER TERM, A. D. 1790.**

## M'EVERS V. PITKIN, LATE SHERIFF.

The administrator not liable for a personal tort or misfeasance of the intestate.

ACTION for the default of one of his deputies in not executing and returning a certain writ of execution — pending the suit the defendant died — the plaintiff suggested the death upon the record and cited in his administrators, to show reason why judgment should not be rendered against them.

The administrators appeared and plead in abatement — That this action was for a tort or misfeasance of the said Wil-

liam, by one of his deputies, which was personal and died with the person of the said William, agreeable to the maxim of law, *actio personalis moritur cum persona.*

Judgment — Plea in abatement sufficient. Cowper, 371, Hamly v. Trot.